IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
CHRISTOPHER T. ALLEN, and      )
CHARLES M. ROBINSON,           )
                               )
          Plaintiffs,          )
                               )
     v.                        ) Civ. No. 04-1318-GMS
                               )
FIRST CORRECTIONAL MEDICAL,    )
DR. KASTRO, DR. ALIE, IHOUMA,  )
TERRY HASTINGS, DEPARTMENT OF  )
CORRECTIONS, STANLEY TAYLOR,   )
THOMAS CARROLL, DAVE HOLMAN,   )
and CPL L. M. MERSON,          )
                               )
          Defendants.          )
```

**ORDER**

WHEREAS, the plaintiff, Christopher Allen, filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 20, 2004, this Court entered an order requiring plaintiff, CHRISTOPHER T. ALLEN, to file a request to proceed in forma pauperis and a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 11th day of March, 2005, IT IS HEREBY ORDERED that plaintiff Christopher Allen is dismissed as a party to this action and his claims are DISMISSED WITHOUT PREJUDICE.

```
                         /s/
            United States District Judge
```