IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1318-GMS |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| DR. KASTRO, DR. ALIE, IHOUMA, | ) |
| TERRY HASTINGS, DEPARTMENT OF | ) |
| CORRECTIONS, STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVE HOLMAN, | ) |
| and CPL L. M. MERSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 20, 2004, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to a signed complaint in compliance with Fed. R. Civ. P. 11 (D.I. 5);

WHEREAS, the signed complaint was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the signed complaint has not been received from the plaintiff;

THEREFORE, at Wilmington this __19th__ day of ___April___, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge