TO: PETER T. DALLEO
FR: CHARLES M. ROBINSON
RE: REQUEST
DA: MARCH 29, 2005



FILED
MAR 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HAVE RECIEVED YOUR RESPONCE TO ME REGARDING MY NEED OF ALL CASES IN MY NAME WITH CASE NUMBERS, ETC. AFTER REVIEWING THE LETTER SENT BY YOUR OFFICE DATED MARCH 22, 2005, I'M RESPECTFULLY REQUESTING THAT YOUR HONORABLE COURT WITHDRAW <u>THE FOLLOWING</u> CASES FROM YOUR COURT, OR WITHDRAW MY NAME FROM SUCH CLASS ACTION SUITS.* <u>PLEASE ONLY WITHDRAW THE CASES I LIST BELOW.</u>

1. 00-345-SLR
2. 03-936-GMS
3. 04-263-GMS
4. 04-621-GMS → PLEASE SEND ME DOCKET ON THIS CASE.
5. 04-1318-GMS
6. 04-1484-GMS
7. 04-1512-GMS

NOTE: PLEASE SEND ME UP DATE

VERY TRULY YOURS

CHARLES M. ROBINSON
342781   SHU 17 A08

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 22, 2005

TO: Charles M. Robinson
SBI #342781
DCC

RE: *Letter Requesting Status of Cases*

Dear Mr. Robinson:

This office has received a letter from you requesting the status of your pending cases. Your cases are assigned to the Honorable Sue L. Robinson and the Honorable Gregory M. Sleet. You will be advised by the Court as to further developments in your cases.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: Alpha File
encl. List of cases

## Select A Case

This person is a party in 10 cases.

| | | |
|---|---|---|
| ✗ 1:00-cv-00345-SLR | Robinson v. Weiss, et al | filed 03/27/00 |
| 1:03-cv-00147-GMS | Robinson v. Costello, et al | filed 01/29/03 |
| ✗ 1:03-cv-00736-GMS | Robinson v. Elder, et al | filed 07/21/03 |
| ✗ 1:04-cv-00263-GMS | Robinson v. Carroll, et al | filed 04/22/04 |
| ✗ 1:04-cv-00621-GMS | Robinson v. Carroll, et al | filed 06/28/04 |
| 1:04-cv-00945-GMS | Robinson v. Carroll, et al | filed 08/16/04 |
| 1:04-cv-01202-GMS | Robinson v. Taylor, et al | filed 08/27/04 |
| ✗ 1:04-cv-01318-GMS | Robinson, et al v. First Correctional, et al | filed 09/30/04 |
| ✗ 1:04-cv-01484-GMS | Allen, et al v. Taylor, et al | filed 11/30/04 |
| ✗ 1:04-cv-01512-GMS | Robinson v. Carroll, et al | filed 12/10/04 |

*DO NOT REMOVE NO CASES THAT ARE NOT LISTED ON PAGE ENCLOSED